UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STEVEN A. GREEN,

    Plaintiff,

v.                                                               Case No. 12-cv-948

STEVEN T. CHVALA, JUSTIN L. GARCIS,
BROOKE A. LOMAS, and BRADLEY D. SCHORDER,

    Defendants,

## ORDER

Plaintiff, Steven A. Green, filed a pro se complaint under 42 U.S.C. § 1983 alleging that defendants violated his constitutional rights. Plaintiff has filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of his complaint, as required under 28 U.S.C. § 1915(a)(2), and has been assessed and paid an initial partial filing fee of $13.40. I will grant plaintiff's motion for leave to proceed in forma pauperis, but I will refrain from screening plaintiff's complaint in this court.

A review of plaintiff's complaint and the docket in this case reveals that venue in this court is improper under 28 U.S.C. § 1391(b), which provides:

> (b) A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situation, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

This court meets none of those requirements. Plaintiff is incarcerated at Stanley Correctional Institution in the Western District of Wisconsin, and the actions giving rise to

the plaintiff's complaint occurred in Madison, Wisconsin, in the Western District of Wisconsin. Additionally, each of the named defendants is either a Madison, Wisconsin or Dane County employee. The court will transfer this case to the United States District Court for the Western District of Wisconsin, which is the proper venue, for screening of plaintiff's complaint and further proceedings. Therefore,

**IT IS ORDERED** that plaintiff's motion for leave to proceed in forma pauperis (Docket #2) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is transferred to the United States District Court for the Western District of Wisconsin.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to transmit the file to the United States District Court for the Western District of Wisconsin.

Dated at Milwaukee, Wisconsin, this 15th day of October 2012.

s/ Lynn Adelman

LYNN ADELMAN
District Judge